## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 95 EM 2020
                                                      :
                  Respondent           :
                                                      :
                                v.                       :
                                                      :
WARREN STOKES, :
                                                      :
                  Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of February, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.